# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| RODGER WILLIAMS, | ) | |
| --- | --- | --- |
| | ) | Civil Action No. 16 – 1283 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| SUPERINTENDANT OF PITTSBURGH, *et al*., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED**, this 4th day of January, 2017, that the Clerk of Court cease collecting further filing fee payments for this case, and the Inmate Account Officer at Plaintiff's place of incarceration cease deducting money from Plaintiff's inmate account for the filing fee of this case.

By the Court:

Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Rodger Williams
ML-8889
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510